## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO.** |
| : | |
| **JAE SHIK KIM,** : | |
| **KARHAM ENG. CORP.,** : | **UNDER SEAL** |
| : | |
| **Defendants.** : | |

### MOTION TO SEAL CRIMINAL INDICTMENT, ARREST WARRANT, SUMMONS AND SUPPORTING PAPERWORK

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to place under seal until further order of the Court the Criminal Indictment (the "Indictment"), and the Arrest Warrant and Summons, in the above-captioned cases, as well as the Government's Motion to Seal and this Court's Order sealing the aforesaid documents. In support of its motion, the government states as follows:

1.      A charging document may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason, including, as recognized by the Rule itself, to take the defendant into custody and bring him or her before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); United States v. Lyles, 593 F.2d 182 (2d Cir. 1979).

2. Upon information and belief, defendant Jae Shik Kim ("Kim") is a citizen and national of South Korea, and he is the President and CEO of defendant Karham Eng. Corp. ("Karham"), which is a South Korean company. Defendant Kim has been known to travel to the United States for business purposes. Defendants Kim and Karham have now been charged by indictment with several offenses related to the illegal exportation of defense articles, including Conspiracy, in violation of 18 U.S.C. § 371, violation of the Arms Export Control Act, under 22 U.S.C. § 2278, and violation of the International Emergency Economic Powers Act and the Iranian Transactions Regulations, under 50 U.S.C. § 1701 et seq.; and 31 C.F.R. Parts 560.203 and 560.204. In light of these charges, the government is requesting that a bench warrant be issued for Kim's arrest, and that a summons be issued to require Karham to appear on the criminal charges. The public disclosure of the Indictment and related materials at this time could jeopardize future plans to secure Kim's arrest because such disclosure could result in his being alerted to his criminal liability in the United States and, therefore, prompt him to not return to the United States. Concern for the need to apprehend the defendant constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the Indictment, the Arrest Warrant, the Summons, this Motion, any Order to Seal, and any relevant docket entries.

3. Accordingly, the United States submits that under <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Arrest Warrant, the Summons, this Motion, any Order to Seal, and any relevant docket entries.

4. In addition, we request that the sealing Order permit disclosure of the Indictment, the Arrest Warrant, the Summons, this Motion, any Order to Seal, and any relevant docket entries to appropriate law enforcement and other personnel, both in the United States and

internationally, to the extent that such disclosure is in furtherance of efforts to capture or detain the defendant.

5.  Because it is expected that the defendant will be arrested and first presented in another judicial district, it is requested that the Court's order permit unsealing of the Indictment, the Arrest Warrant, the Summons, this Motion, any Order to Seal, and any relevant docket entries by any United States District Court Judge or any United States Magistrate Judge, in any district, upon oral motion of the United States.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court issue an Order sealing (except to the limited extent specified herein) the Indictment, the Arrest Warrant, the Summons, this Motion, any relevant docket entries, and the Court's sealing Order, until further order of this Court or another Court.  A proposed Order is submitted herewith.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By:  _____
Frederick W. Yette, DC Bar No. 385391
Assistant United States Attorney
555 4th Street, NW
Washington, D.C.  20530
202-252-7733(o)
Frederick.Yette@usdoj.gov