UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )<br>)<br>JAE SHIK KIM and                                 )<br>KARHAM ENG. CORP.,                        )<br>)<br>            Defendants.               )<br>) | Crim. Action No.<br>13-0100-01-ABJ-DAR |

**<u>NOTICE WAIVING DEFENDANT'S APPEARANCE AT STATUS HEARING</u>**

To the Clerk of the Court and all parties of record:

Please note that Defendant Jae Shik Kim will not appear in court on May 18, 2015, for the status hearing scheduled by the Court. Mr. Kim understands that he has the right to appear on that date, and that the Court has afforded him the option not to do so. Mr. Kim authorizes undersigned counsel to appear on his behalf, and undersigned counsel has agreed to report back to him on the results of this hearing.

Counsel is filing this notice at the direction of the Court, as communicated by the Court's staff.

Dated: May 12, 2015                                             Respectfully submitted,

                                                                             /s/ David B. Deitch
                                                                         David B. Deitch
                                                                         DC Bar No. 426218
                                                                         Email: ddeitch@ifrahlaw.com

                                                                         IFRAH PLLC
                                                                         1717 Pennsylvania Avenue, NW, Suite 650
                                                                         Washington, DC 20006
                                                                         Tel. 202-524-4140
                                                                         Fax 202-524-4141

                                                                         *Attorneys for Karham Eng. Corp.*

1

CERTIFICATE OF SERVICE

I hereby certify that, on May 12, 2015, I electronically transmitted the foregoing document to the clerk of the Court using the CM/ECF system for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        */s/ David B. Deitch*
        David B. Deitch