# United States District Court for the District of Columbia

UNITED STATES OF AMERICA             )
                                     )
vs.                                  )
                                     )          Criminal No. 13-CR-100 (ABJ)
JAE SHIK KIM and KARHAM ENG. CORP.   )
                                     )

## NOTICE OF APPEAL

Name and address of appellant                United States of America


Name and address of appellant's attorney     Frederick W. Yette
                                              United States Attorney's Office
                                              555 4th Street, NW
                                              Washington, DC 20530


Offense:     18 U.S.C. §§ 2, 371 & 1001; 22 U.S.C. § 2778; 50 U.S.C. § 1705; 22 CFR Parts 120-130;
             31 CFR Part 560.

Concise statement of judgment or order, giving date, and any sentence:

> Memorandum Opinion and Order of May 8, 2015, entered on the docket the same day, by the
> Honorable Amy Berman Jackson, granting defendants' motion to suppress evidence

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District
of Columbia Circuit from the above-stated judgment.


June 2, 2015                                  United States of America
DATE                                         APPELLANT


                                                      /s/
                                             FREDERICK W. YETTE
                                             D.C. BAR # 385391
                                             ATTORNEY FOR APPELLANT

Notice of Appeal Criminal                                                                 Rev. 3/88

CJA, NO FEE _____No_____

PAID USDC FEE __gov't appeal_____

PAID USCA FEE gov't appeal_____

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? Yes

Is this appeal pursuant to the 1984 Sentencing Reform Act? No

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2015, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

David B. Deitch, Esq.
Counsel for Defendants
Suite 650
1717 Pennsylvania Avenue, NW
Washington, DC    20006


 /s/
FREDERICK W. YETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-7733