# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 13-CR-100 (ABJ) |
| | : | |
| **JAE SHIK KIM** | : | |
| **and KARHAM ENG. CORP.** | : | |
| | : | |
| _____ | : | |

## CERTIFICATION

On June 3, 2015, the United States of America noted an appeal from the Court's Memorandum Opinion and Order of May 8, 2015, entered in the docket on the same day, granting the defendants' motion to suppress evidence.  Pursuant to 18 U.S.C. § 3731, the United States hereby certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

                      Respectfully submitted,

                      _____/s/_____
                      VINCENT H. COHEN, JR.
                      Acting United States Attorney

                      _____/s/_____
                      FREDERICK W. YETTE
                      DC Bar 385391
                      Assistant United States Attorney
                      555 4th Street, NW
                      Washington, DC   20502
                      (202) 252-7733
                      Frederick.Yette@usadoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2nd day of June, 2015, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

>David B. Deitch, Esq.
>Counsel for Defendants
>Suite 650
>1717 Pennsylvania Avenue, NW
>Washington, DC   20006

> /s/
>FREDERICK W. YETTE
>Assistant United States Attorney
>555 4th Street, NW
>Washington, DC 20530
>(202) 252-7733