# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                        No. 13-CR-100 (ABJ)

JAE SHIK KIM and
KARHAM ENG. CORP.

## NOTICE OF FILING

The United States of America hereby informs the Court that is filing the attached letter, certifying that its appeal in this case is pursuant to 18 U.S.C. § 3731, as part of the record in this case.

                Respectfully submitted,

                _____/s/_____
                VINCENT H. COHEN, JR.
                Acting United States Attorney

                _____/s/_____
                FREDERICK W. YETTE
                DC Bar 385391
                Assistant United States Attorney
                555 4th Street, NW
                Washington, DC  20502
                (202) 252-7733
                Frederick.Yette@usadoj.gov

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 2nd day of June, 2015, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

              David B. Deitch, Esq.
              Counsel for Defendants
              Suite 650
              1717 Pennsylvania Avenue, NW
              Washington, DC  20006

              _____/s/_____
              FREDERICK W. YETTE
              Assistant United States Attorney
              555 4th Street, NW
              Washington, DC 20530
              (202) 252-7733