

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 2, 2015

Angela D. Ceasar
Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: <u>United States v. Jae Shik Kim et al.</u>, No. 13-CR-100 (ABJ)

Dear Ms. Ceasar:

      Pursuant to Circuit Rule 47.2, the government hereby gives notice that it is filing a notice of appeal today in the case of <u>United States v. Jaw Shik Kim et al.</u>, No. 13-CR-100 (ABJ). As this is an appeal from the district court's Memorandum Opinion and Order of May 8, 2015, granting defendants' motion to suppress evidence, this appeal is pursuant to 18 U.S.C. § 3731. Please do not hesitate to contact me should you have further questions.

                                                                            Sincerely,

                                                     _____/s/_____
                                                     VINCENT H. COHEN, JR.
                                                     Acting United States Attorney

                                                     _____/s/_____
                                                     FREDERICK W. YETTE
                                                     DC Bar 385391
                                                     Assistant United States Attorney
                                                     555 4th Street, NW
                                                     Washington, DC  20502
                                                     (202) 252-7733
                                                     Frederick.Yette@usadoj.gov

cc: David B. Deitch, Esq.
    Counsel for Defendants