## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.: 13-0100 (ABJ)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JAE SHIK KIM and** | **:** | |
| **KARHAM ENG. CORP.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

### UNITED STATES' RESPONSE TO DEFENDANT JAE SHIK KIM'S
### MOTION TO MODIFY CONDITIONS OF RELEASE PENDING APPEAL

The United States respectfully submits this Response to Defendant Jae Shik Kim's

Motion to Modify Conditions of Release Pending Appeal.  The United States has no objection to

defendant Kim's request that he be allowed to leave the United States and live in South Korea

while the interlocutory appeal is pending, and respectfully suggests that an agreement to forfeit

property is unnecessary to ensure the defendant's appearance at a future hearing if required.


Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney


By: _____/s/_____
MICHAEL J. FRIEDMAN
NY Bar 4297461
Assistant United States Attorney
National Security Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-6765

_____/s/_____
FREDERICK YETTE
D.C. Bar #385-391
Assistant United States Attorney
National Security Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-7733

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2015, a copy of the United States' Response to Defendant's Motion to Modify Conditions of Release was served via the Court's Electronic Filing System upon David Deitch, Esq.


_____/s/_____
MICHAEL J. FRIEDMAN
Assistant United States Attorney