**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Crim. Action No.** |
| | ) **13-0100-01-ABJ-DAR** |
| **JAE SHIK KIM and** | ) |
| **KARHAM ENG. CORP.,** | ) |
| | ) |
| **Defendants.** | ) |

_____)

<u>**NOTICE OF COMMUNICATION WITH PRETRIAL SERVICES**</u>

This Notice is submitted in compliance with the Court's Order filed July 16, 2015 [Docket No. 58] in which the Court directed Mr. Kim to "contact the D.C. Pretrial Services Agency and establish a day and time for a weekly telephone or Skype communication with the agency and advise the Court that this has been accomplished." Because Mr. Kim does not speak English well, Sungtae Kang (an attorney fluent in Korean assisting undersigned counsel in this matter) contacted Jeremy Schumacher at Pretrial Services in Washington, DC on Mr. Kim's behalf today. Mr. Schumacher informed Mr. Kang that it was not necessary for Mr. Kim to participate in this conversation. Mr. Schumacher also stated that it was not necessary for Mr. Kim to have a set day or time for his weekly call, particularly given the time difference between Washington, DC and South Korea. Mr. Schumacher stated that Mr. Kim must simply call Pretrial Services once a week and provide his name, date of birth and next court date (if and when one is set).

Mr. Kang will communicate this information specifically to Mr. Kim so that Mr. Kim is fully aware of his reporting obligation to Pretrial Services.

Having complied with the Court's Order, Mr. Kim intends to depart the United States tomorrow so that he may assist his elderly mother in Korea who has been hospitalized.

Dated: July 17, 2015                    Respectfully submitted,

                                        _____/s/ David B. Deitch_____
                                        David B. Deitch
                                        DC Bar No. 426218
                                        Email: ddeitch@harrisobrien.com
                                        HARRIS, O'BRIEN,
                                        ST. LAURENT & CHAUDHRY LLP
                                        1750 Tysons Blvd., Suite 1500
                                        McLean, VA 22102
                                        Tel. 703.663.1750

                                        *Attorneys for Jae Shik Kim and
                                        Karham Eng. Corp.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 17, 2015, I electronically transmitted the foregoing

document to the clerk of the Court using the CM/ECF system for filing.  I certify that all

participants in the case are registered CM/ECF users and that service will be

accomplished by the CM/ECF system.


_____ */s/ David B. Deitch*_____
David B. Deitch