**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>v.                                           )<br><br>JAE SHIK KIM,                          )<br>KARHAM ENG. CORP.            )<br><br>                  Defendants.     ) | Crim. Action No. 13-0100 (ABJ)<br><br>**FILED**<br><br>JUL 1 7 2015<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

The Court wishes to clarify that it ordered as a condition of defendant Jae Shik Kim's

release that he establish a mutually convenient weekly time to communicate with D.C. Pretrial

Services, *see* Order [Dkt. # 58], specifically because of the time difference between South Korea

and the United States.  Notwithstanding the agency's attempt to be helpful, it was not the Court's

intention that the defendant be permitted to simply leave a message with the agency in the middle

of the night.

Therefore, it is **ORDERED** that as a condition of release, Mr. Kim must report to D.C.

Pretrial Services Agency by telephone or Skype on a weekly basis between 8:30 a.m. and 4:00

p.m. Eastern Standard Time.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  July 17, 2015