# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 13-100 (ABJ-DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAE SHIK KIM,** | : | |
| **KARHAM ENG. CORP.,** | : | **FILED** |
| | : | |
| **Defendants.** | : | AUG 1 8 2015 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

Upon consideration of the government's motion to dismiss the Indictment against the

defendants, and for good cause shown, it is hereby

**ORDERED,** that the motion is granted, and the Indictment is dismissed.

**DONE AND ORDERED** this ___18___ day of August, 2015.

AMY BERMAN JACKSON
United States District Judge

—N—